# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIG EUROPE LTD. a/s/o COMPAGNIE FRUITIERE IMPORT,  Plaintiff, -v- ADELAIDE GLOBAL LTD.  Defendant. | Case No._____  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

American International Group is the parent company of AIG Europe Ltd. Compagnie Fruitiere Import is a privately held company.

Date: _8/17/18_____

_Martin F Casey_
**Signature of Attorney**

**Attorney Bar Code:** MFC-1415

Form Rule7_1.pdf  SDNY Web 10/2007